# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alain De Los Santos Ocana, | No. CV-26-00175-TUC-SHR (LCK) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under § 2241. Petitioner alleged he is a 40-year-old citizen of Mexico who has lived in the United States since 2004. Petitioner was previously placed in removal proceedings and released on bond. He alleged no change in circumstances has occurred but he "received a bag-and-baggage letter directing him to report to the ICE Tucson Field Office on April 9, 2026 at 9:00 a.m. for removal processing." (Doc. 1 at 1.) Petitioner "seeks (1) a writ of habeas corpus enjoining his arrest on April 9; (2) a declaratory judgment that his arrest without a pre-deprivation hearing violates the Fifth Amendment Due Process Clause; and (3) a temporary restraining order enjoining Respondents from taking him into custody or removing him from the United States pending resolution of this petition." (*Id.*) Because of the urgent nature of Petitioner's request, the Court will direct Respondents to file an immediate response.

**IT IS ORDERED** Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents. If not already issued, the Clerk of Court must issue any properly completed summonses.

**IT IS FURTHER ORDERED** Respondents must file a response to Petitioner's Petition and Motion **no later than 3:00 p.m. on Wednesday April 8, 2026**.  The response must address this Court's jurisdiction over this matter, indicate whether Petitioner's bond was revoked, whether he has a final order of removal or the status of his removal proceedings, and whether Respondents intend to remove Petitioner or detain him pending further proceedings.

**IT IS FURTHER ORDERED** Respondents must respond to the Petition and Motion no later than 3:00 p.m. on Wednesday April 8, 2026, as indicated herein.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 8th day of April, 2026.

Honorable Scott H. Rash
United States District Judge